UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARRYLL JOEL McKENZIE,

    Plaintiff,

v.                                Case No.: 4:11-CV-45-RH-WCS

WALTER MCNEIL, et al.,

    Defendants.
_____/

### DEFENDANTS' NOTICE OF FILING EXHIBITS UNDER SEAL

Defendants **William Moore, Kenneth Roundtree, Steven Singer, Jason Stephens, Tony Anderson, Jeffrey Ragans, Robert Norris, Michael Swift, Jesse Derringer, Jamoris Givens**, and **Timothy Ford III**, through undersigned counsel and pursuant to this Court's order (DE 43), file the following exhibits under seal.

Three DVDs are being filed as exhibits to the Defendants' previously filed motion for summary judgment. Two DVDs (Handheld videos) shows the events after the use of force via a hand held video camera. These DVDs are viewable via Windows Media Player, Power DVD, etc.

The other DVD shows the use of force as recorded from two fixed wing cameras (far side camera is file "ch07" and the near side camera is file "ch05"). This DVD is viewable <u>only</u> via Pelco Viewer. The software for the Pelco Viewer is included and must be downloaded to the computer on which the DVD is to be viewed. If any questions arise about downloading or using the Pelco Viewer, please contact Cheri Trice at 850/414-3658.

1

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

_____
LANCE ERIC NEFF
Assistant Attorney General
Florida Bar Number 26626
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300 - Telephone
(850) 488-4872 - Facsimile
Email: Lance.Neff@myfloridalegal.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to James V. Cook at 314 W. Jefferson St, Tallahassee, FL 32301, on this 30th day of January, 2012.

_____
LANCE ERIC NEFF