# United States District Court
## CIVIL MINUTES - GENERAL

Case #   4:11cv45                                       Date       February 29, 2012

### DARRYLL MCKENZIE v. WALTER MCNEIL ET AL

DOCKET ENTRY:   Pretrial Conference Held                    2:01 - 3:37 p.m.

PRESENT: HONORABLE   ROBERT L. HINKLE  , UNITED STATES DISTRICT JUDGE

|  Elizabeth Lawrence  |  Judy Nolton  |
| Deputy Clerk | Court Reporter |

Attorneys For Plaintiff:                          Attorneys For Defendant:
James Cook                                        Lance Neff, Mark Hiers, and Susan Maher

PROCEEDINGS:   Pretrial Conference Held

2:01   Court in session
2:02   Defense (Neff) argues Summary Judgment Motion
2:07   Response by Plaintiff (Cook)
2:09   Ruling by Court: Summary Judgment Motion is Denied in part and Granted in Part
2:28   Parties discuss Motion to Clarify
2:32   Parties discuss First Motion in Limine
2:39   Rulingby Court: Defense to make disclosures by March 5th, Plaintiff can get a rebuttal expert by March 19th
2:41   Parties discuss Second Motion in Limine
2:43   Ruling by Court: Motion is Granted
2:47   Plaintiff (Cook) discusses an instance that happened recently at prison
3:15   Parties discuss issue of having witnesses by deposition
3:32   Parties state case will take 3-5 days at trial
3:36   Ruling by Court: The jury trial remains set for the trial period beginning on April 2, 2012 at 8:15 am.  An order is forthcoming.
3:37   Court adjourned

Initials of Clerk: **ERL**