IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARRELL McKENZIE,
    Plaintiff,

v.

WALTER McNEIL, et al.,
    Defendants.

Case No. 4:11-cv-45-RH

## AMENDED EXHIBIT E: PLAINTIFF'S WITNESSES

1. All Parties
2. Bair, Shawn DC#J09660
3. Brown, Gabriel DC#B00411
4. Chapman, Paul DC#703551
5. Chisholm, David
6. Hoang, Long D., M.D.
7. Jackson, Dexter, DC# V05220
8. Jerry Bunyon, N12689
9. Jones, Kevin DC#618400
10. Larry Mark, 083426
11. Light, Justin DC#Y29687
12. Lord, Michael, M.D.
13. Lyman, Carl DC#Y08133
14. Nolan, Tony A.
15. Records Custodian, Florida Department of Corrections
16. Richardson, Roger, 531565
17. Sherman, Heather
18. Smith, Isaac, DC# 601161
19. Spears, Robert DC#723732
20. Stroud, Ellis, DC# 613250
21. Thach, Phoung, DC# T01135
22. Tiller, Bernell, DC# 125895
23. Wilson, Alexander DC#L44886
24. Harvey Norris